USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1700  CARLOS A. CRUZ, Plaintiff, Appellant, v. U.T.L. - UNITED TEACHERS OF LOWELL, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Edward F. Harrington, U.S. District Judge] ___________________ ____________________ Before Selya, Circuit Judge, _____________ Campbell, Senior Circuit Judge, ____________________ and Lynch, Circuit Judge. _____________ ____________________ Carlos A. Cruz on Motion for Relief from Judgment pro se. ______________ ____________________ December 9, 1997 ____________________ Per Curiam. Pro se appellant Carlos Cruz appeals __________ from the district court's judgment dismissing his in forma pauperis complaint under 28 U.S.C. 1915(e). We vacate the judgment and remand to the district court for further proceedings.  Cruz filed his complaint asserting employment discrimination and other claims under the in forma pauperis statute, 28 U.S.C. 1915. Upon preliminary review, the district court construed the complaint to be based on Title VII and issued a show cause order directing Cruz to submit his right to sue letter "indicating that he has exhausted his administrative remedies" under Title VII. The court made clear that failure to submit the letter by the deadline set by the court would result in dismissal of the action under  1915(e). Cruz timely submitted his right to sue letter, but the district court dismissed the action anyway, giving no explanation.  The right to sue letter indicates that Cruz exhausted his Title VII administrative remedies for at least some of his present employment discrimination claims. Therefore, we vacate the judgment below and remand to the district court for further proceedings consistent with this opinion. We express no opinion about the actual merits of any of the claims asserted in the complaint. -2- Vacated and remanded for proceedings consistent ___________________________________________________ herewith. _________ -3-